Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**Andrew A. Moher 257605**
**Moher Law Group**
**5560 La Jolla Blvd, Suite D**
**La Jolla, CA 92037**
**Phone: 619-269-6204**
**Fax: 619-923-3303**
**257605 CA**
**amoher@moherlaw.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**George William Flowers**

Debtor(s).

CASE NO.:

CHAPTER: **13**

## DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE

[11 U.S.C. § 521(a)(1)(B)(iv)]

[No hearing Required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **June 27, 2018**

**George William Flowers**
Printed name of Debtor 1

Signature of Debtor 1



# Employee Pay Statement

Pay Period End Date: 03/31/2018

**Employee ID:** 480485
**Home Department:** SH Sheriff

**Employee Name:** GEORGE W FLOWERS
**Home Unit:** 16965 Century Reg Det

**Bank ID/Acct No:** 121042882/XXXXXX8880
**Pay Location:** SH5E 770 - PAY LCTN

**Pay Information**

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 5,282.09 | .00 | 1,197.01 | 4,085.08 | 04/13/2018 | 03/31/2018 | Direct Deposit | Regular | 00000-2019076454 |

**Tax Information**

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|
| W-4 DATA | FEDERAL TAX | .00 | 3,646.81 | FXCY SXCY NOEIC | SINGLE | 99.00 | | .00 | 03/01/2018 |
| DE-4 DATA | STATE TAX | .00 | 17,666.93 | | HD HOUSE | 99.00 | .00 | .00 | 03/01/2018 |
| MEDI DATA | MEDICARE TAX | 5,282.09 | 29,797.78 | HIT ONLY | | | | | 03/01/2018 |
| W-5 DATA | EIC | | | | | | | | 03/01/2018 |

**Retirement/Deferred Plan Information**

| Category | | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|---|
| CORET | LACERA-EMPLR | 2,698.00 | 18,783.20 | .00 |
| EHZNR | HORIZONS PLAN | 5,282.09 | 9,328.24 | |
| PRREN | LACERA PLAN E | 2,698.00 | 18,783.20 | |
| RHZNR | HORIZONS MATCH | 2,660.00 | 5,320.00 | |

**Cafeteria Benefits Information**

| Cafeteria Category | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|
| RF008 CHOICES CONTRIB | .00% | 971.68 | .00 | 712.07 | 259.61 | .00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF132 | EF132 | C1 | KAISER CCU 1PTY | | .00 | 693.98 | 2,775.92 | .00 | .00 | 693.98 | 2,775.92 | .00 |
| EF312 | EF312 | C1 | DELTACARE 1PTY | | .00 | 15.09 | 60.36 | .00 | .00 | 15.09 | 60.36 | .00 |
| EF009 | EF009 | CH2WF | CHOICES ADM FEE | | .00 | 3.00 | 12.00 | .00 | .00 | 3.00 | 12.00 | .00 |
| **Total Cafeteria Benefits** | | | | | | **$712.07** | **$2,848.28** | **$.00** | **$.00** | **$712.07** | **$2,848.28** | **$.00** |

**Earnings Information - Current Pay Period 03/31/2018**

| Title/Sub-Title | Dept | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|
| 2749 A CUSTODY ASST | SH | 27.7083 | 099 REGULAR EARNS | 79:00 | 2,188.95 | 10,771.72 |
| 2749 A CUSTODY ASST | SH | .4000 | 504 NITE SHIFT | 95:00 | 38.00 | 163.20 |
| 2749 A CUSTODY ASST | SH | 15.4402 | 731 PRM OT-SYSM | 64:00 | 986.68 | 3,547.60 |
| 2749 A CUSTODY ASST | SH | 30.5747 | 791 ORDRD OT | 48:00 | 1,467.60 | 6,558.34 |
| 2749 A CUSTODY ASST | SH | .0000 | PFA36 FLEX EARN ADV | 1.00 | (129.80) | (129.80) |
| 2749 A CUSTODY ASST | SH | .0000 | PPC36 FLEX EARN | 1.00 | 259.61 | 1,038.44 |
| 2749 A CUSTODY ASST | SH | | PY011 SICK 100% | 00:00 | .00 | 1,330.02 |
| 2749 A CUSTODY ASST | SH | 27.7083 | PY012 HOLIDAY | 16:00 | 443.34 | 2,660.04 |
| 2749 A CUSTODY ASST | SH | 27.7083 | PY021 VACATION | 1:00 | 27.71 | 3,562.66 |
| 2749 A CUSTODY ASST | SH | | PY112 SICK PERSNL | 00:00 | .00 | 295.56 |
| **Total Current Earnings** | | | | | **$5,282.09** | **$29,797.78** |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine actual Current Earnings.

**Taxes/Deductions Information**

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | .00 | .00 | .00 | 600.29 |
| STATX | STATX | STATX | STATE TAX | | .00 | .00 | .00 | 1,250.45 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 5,282.09 | 76.59 | .00 | 432.07 |
| PRREN | ER084 | ER084 | LACERA PLAN E | | 2,698.00 | .00 | .00 | .00 |
| EHZNR | ED018 | ED018 | HORIZONS PLAN | | 5,282.09 | .00 | .00 | .00 |
| HLOAN | ED024 | ED024 | HZN PLAN LOAN | | .00 | 88.63 | .00 | 620.41 |
| EM212 | EM212 | EM212 | PPOA FED CU | | .00 | 686.00 | .00 | 4,802.00 |
| EM410 | EM410 | EM410 | UNION-LIFE | | .00 | 66.36 | .00 | 464.52 |
| EO105 | EO105 | EO105 | SRA INC | | .00 | 81.50 | .00 | 570.50 |
| EU100 | EU100 | EU100 | PPOA | | .00 | 128.35 | .00 | 898.45 |
| EU109 | EU109 | EU109 | ALADS | | .00 | 69.58 | .00 | 487.06 |
| **Total Taxes/Deductions** | | | | | | **$1,197.01** | **$.00** | **$10,125.75** |

**Employer Benefits/Imputed Income Information**

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| RHZNR | RD016 | RD016 | HORIZONS MATCH | 4.0000% | 2,660.00 | .00 | .00 | .00 | .00 |
| **Total Employer Benefits/Imputed Income** | | | | | | **$.00** | **$.00** | **$.00** | **$.00** |

**Leave Benefits Information As Of: 04/01/2018**

| Leave Benefit | Leave Benefit Description | Available Hours | Hours in Excess |
|---|---|---|---|
| LV011 | SICK 100% | 181:06 | |





# Employee Pay Statement

Pay Period End Date: 03/31/2018

**Employee ID:** 480485
**Home Department:** SH Sheriff

**Employee Name:** GEORGE W FLOWERS
**Home Unit:** 16965 Century Reg Det

**Bank ID/Acct No:** 121042882/XXXXXX8880
**Pay Location:** SH5E 770 - PAY LCTN

**Leave Benefits Information As Of: 04/01/2018**

| Leave Benefit | Leave Benefit Description | Available Hours | Hours in Excess |
|---|---|---|---|
| LV012 | HOLIDAY | 622:30 | 438:30 |
| LV021 | VACATION | 102:06 | |
| LV112 | SICK PERSNL | 88:00 | |
| LV162 | SICK 65% | 320:00 | |
| LV164 | SICK 50% | 480:00 | |



# Employee Pay Statement

Pay Period End Date: 04/15/2018

**Employee ID:** 480485
**Home Department:** SH Sheriff

**Employee Name:** GEORGE W FLOWERS
**Home Unit:** 16965 Century Reg Det

**Bank ID/Acct No:** 121042882/XXXXXX8880
**Pay Location:** SH5E 770 - PAY LCTN

**Pay Information**

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 4,246.63 | .00 | 1,182.52 | 3,064.11 | 04/30/2018 | 04/15/2018 | Direct Deposit | Regular | 00000-2019183809 |

**Tax Information**

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Additional Withheld | Tax Date |
|---|---|---|---|---|---|---|---|---|---|
| W-4 DATA | FEDERAL TAX | .00 | 3,646.81 | FXCY SXCY NOEIC | SINGLE | 99.00 | | .00 | 03/01/2018 |
| DE-4 DATA | STATE TAX | .00 | 17,666.93 | | HD HOUSE | 99.00 | .00 | .00 | 03/01/2018 |
| MEDI DATA | MEDICARE TAX | 4,246.63 | 34,044.41 | HIT ONLY | | | | | 03/01/2018 |
| W-5 DATA | EIC | | | | | | | | 03/01/2018 |

**Retirement/Deferred Plan Information**

| Category | | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|---|
| CORET | LACERA-EMPLR | 2,741.71 | 21,524.91 | .00 |
| EHZNR | HORIZONS PLAN | 4,246.63 | 13,574.87 | |
| PRREN | LACERA PLAN E | 2,741.71 | 21,524.91 | |
| RHZNR | HORIZONS MATCH | 2,712.91 | 8,032.91 | |

**Cafeteria Benefits Information**

| Cafeteria Category | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash Limit |
|---|---|---|---|---|---|---|
| RF008 CHOICES CONTRIB | .00% | .00 | .00 | .00 | .00 | .00 |

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EF132 | EF132 | C1 | KAISER CCU 1PTY | | .00 | .00 | 2,775.92 | .00 | .00 | .00 | 2,775.92 | .00 |
| EF312 | EF312 | C1 | DELTACARE 1PTY | | .00 | .00 | 60.36 | .00 | .00 | .00 | 60.36 | .00 |
| EF009 | EF009 | CH2WF | CHOICES ADM FEE | | .00 | .00 | 12.00 | .00 | .00 | .00 | 12.00 | .00 |
| Total Cafeteria Benefits | | | | | | $.00 | $2,848.28 | $.00 | $.00 | $.00 | $2,848.28 | $.00 |

**Earnings Information - Current Pay Period 04/15/2018**

| Title/Sub-Title | Dept | Salary Rate | Pay Event | Hours/Units | Current Earnings** | Earnings YTD |
|---|---|---|---|---|---|---|
| 2749 A CUSTODY ASST | SH | 30.8285 | 099 REGULAR EARNS | 80:00 | 2,466.28 | 13,238.00 |
| 2749 A CUSTODY ASST | SH | .4000 | 504 NITE SHIFT | 72:00 | 28.80 | 192.00 |
| 2749 A CUSTODY ASST | SH | 15.7343 | 731 PRM OT-SYSM | 24:00 | 377.28 | 3,924.88 |
| 2749 A CUSTODY ASST | SH | 31.1829 | 791 ORDRD OT | 32:00 | 997.84 | 7,556.18 |
| 2749 A CUSTODY ASST | SH | .0000 | PFA36 FLEX EARN ADV | 1.00 | 129.80 | .00 |
| 2749 A CUSTODY ASST | SH | | PPC36 FLEX EARN | .00 | .00 | 1,038.44 |
| 2749 A CUSTODY ASST | SH | | PY011 SICK 100% | 00:00 | .00 | 1,330.02 |
| 2749 A CUSTODY ASST | SH | | PY012 HOLIDAY | 00:00 | .00 | 2,660.04 |
| 2749 A CUSTODY ASST | SH | 30.8285 | PY021 VACATION | 8:00 | 246.63 | 3,809.29 |
| 2749 A CUSTODY ASST | SH | | PY112 SICK PERSNL | 00:00 | .00 | 295.56 |
| Total Current Earnings | | | | | $4,246.63 | $34,044.41 |

**Calculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine actual Current Earnings.

**Taxes/Deductions Information**

| Ded Cat | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YTD |
|---|---|---|---|---|---|---|---|---|
| FEDTX | FEDTX | FEDTX | FEDERAL TAX | | .00 | .00 | .00 | 600.29 |
| STATX | STATX | STATX | STATE TAX | | .00 | .00 | .00 | 1,250.45 |
| HITEE | HITEE | HITEE | H.I.T. | 1.4500% | 4,246.63 | 61.57 | .00 | 493.64 |
| PRREN | ER084 | ER084 | LACERA PLAN E | | 2,741.71 | .00 | .00 | .00 |
| EHZNR | ED018 | ED018 | HORIZONS PLAN | | 4,246.63 | .00 | .00 | .00 |
| HLOAN | ED024 | ED024 | HZN PLAN LOAN | | .00 | 88.63 | .00 | 709.04 |
| EM212 | EM212 | EM212 | PPOA FED CU | | .00 | 686.00 | .00 | 5,488.00 |
| EM410 | EM410 | EM410 | UNION-LIFE | | .00 | 66.36 | .00 | 530.88 |
| EO105 | EO105 | EO105 | SRA INC | | .00 | 81.50 | .00 | 652.00 |
| EU100 | EU100 | EU100 | PPOA | | .00 | 128.88 | .00 | 1,027.33 |
| EU109 | EU109 | EU109 | ALADS | | .00 | 69.58 | .00 | 556.64 |
| Total Taxes/Deductions | | | | | | $1,182.52 | $.00 | $11,308.27 |

**Employer Benefits/Imputed Income Information**

| Benefit Cat | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YTD |
|---|---|---|---|---|---|---|---|---|---|
| RHZNR | RD018 | RD018 | HORIZONS MATCH | 4.0000% | 2,712.91 | .00 | .00 | .00 | .00 |
| Total Employer Benefits/Imputed Income | | | | | | $.00 | $.00 | $.00 | $.00 |

**Leave Benefits Information As Of: 04/16/2018**

| Leave Benefit | Leave Benefit Description | Available Hours | Hours in Excess |
|---|---|---|---|
| LV011 | SICK 100% | 185:27 | |







# Employee Pay Statement

Pay Period End Date: 04/15/2018

**Employee ID:** 480485
**Home Department:** SH Sheriff

**Employee Name:** GEORGE W FLOWERS
**Home Unit:** 16965 Century Reg Det

**Bank ID/Acct No:** 121042882/XXXXXX8880
**Pay Location:** SH5E 770 - PAY LCTN

**Leave Benefits Information As Of: 04/16/2018**

| Leave Benefit | Leave Benefit Description | Available Hours | Hours in Excess |
|---|---|---|---|
| LV012 | HOLIDAY | 622:30 | 438:30 |
| LV021 | VACATION | 101:04 | |
| LV112 | SICK PERSNL | 88:00 | |
| LV162 | SICK 65% | 320:00 | |
| LV164 | SICK 50% | 520:00 | |



# Employee Pay Statement

Pay Period End Date: 04/30/2018

ployee ID: 480485
ne Department: SH Sheriff

Employee Name: GEORGE W FLOWERS
Home Unit: 16965 Century Reg Det

Bank ID/Acct No: 121042882/XXXXXX88
Pay Location: SH5E 770 - PAY LCTN

## Pay Information

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Issue Date | Effective Pay Period End Date | Pay Type | Run Type | Warrant/ Direct Deposit No |
|---|---|---|---|---|---|---|---|---|
| 4,368.74 | .00 | 1,184.30 | [illegible] | 05/15/2018 | 04/30/2018 | Direct Deposit | Regular | 00000-2019290768 |

## Tax Information

| | Tax | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | | Additional Withholding | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATA | FEDERAL TAX | .00 | 3,646.81 | FXCY SXCY NOEIC | SINGLE | 99.00 | | | .00 | 03/01/ |
| 4 DATA | STATE TAX | .00 | 17,666.93 | | HD HOUSE | 99.00 | .00 | | .00 | 03/01/ |
| )I DATA | MEDICARE TAX | 4,368.74 | 38,413.15 | HIT ONLY | | | | | | 03/01/ |
| DATA | EIC | | | | | | | | | 03/01/ |

## Retirement/Deferred Plan Information

| gory | | Current Base | Base YTD | Garnishable Category/Plan Amount |
|---|---|---|---|---|
| RET | LACERA-EMPLR | 2,738.51 | 24,263.42 | .00 |
| NR | HORIZONS PLAN | 4,368.74 | 17,943.61 | |
| EN | LACERA PLAN E | 2,738.51 | 24,263.42 | |
| NR | HORIZONS MATCH | 2,712.91 | 10,745.82 | |

## Cafeteria Benefits Information

| teria Category | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash |
|---|---|---|---|---|---|---|
| 08 CHOICES CONTRIB | .00% | 971.68 | .00 | 712.07 | 259.61 | .00 |

| | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefits Applied | Benefits Applied YTD | Available Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | EF132 | C1 | KAISER CCU 1PTY | | .00 | 693.98 | 3,469.90 | .00 | .00 | 693.98 | 3,469.90 | |
| 12 | EF312 | C1 | DELTACARE 1PTY | | .00 | 15.09 | 75.45 | .00 | .00 | 15.09 | 75.45 | |
| 09 | EF009 | CH2WF | CHOICES ADM FEE | | .00 | 3.00 | 15.00 | .00 | .00 | 3.00 | 15.00 | |
| l Cafeteria Benefits | | | | | | $712.07 | $3,560.35 | $.00 | $.00 | $712.07 | $3,560.35 | |

## Earnings Information - Current Pay Period 04/30/2018

| Title/Sub-Title | | Dept | Salary Rate | Pay Event | Hours/Units | Current Earnings | Earnings |
|---|---|---|---|---|---|---|---|
| 2749 A | CUSTODY ASST | SH | 30.8285 | 099 REGULAR EARNS | 64:00 | 1,973.02 | 15,21 |
| 2749 A | CUSTODY ASST | SH | .4000 | 504 NITE SHIFT | 64:00 | 25.60 | 21 |
| 2749 A | CUSTODY ASST | SH | 15.7057 | 731 PRM OT-SYSM | 32:00 | 502.58 | 4,42 |
| 2749 A | CUSTODY ASST | SH | 31.1829 | 791 ORDRD OT | 32:00 | 997.84 | 6,55 |
| 2749 A | CUSTODY ASST | SH | .0000 | PFA36 FLEX EARN ADV | 1.00 | (129.80) | (129 |
| 2749 A | CUSTODY ASST | SH | .0000 | PPC36 FLEX EARN | 1.00 | 259.61 | 1,29 |
| 2749 A | CUSTODY ASST | SH | | PY011 SICK 100% | 00:00 | .00 | 1,33 |
| 2749 A | CUSTODY ASST | SH | 30.8285 | PY012 HOLIDAY | 8:00 | 246.63 | 2,90 |
| 2749 A | CUSTODY ASST | SH | 30.8285 | PY021 VACATION | 8:00 | 246.63 | 4,05 |
| 2749 A | CUSTODY ASST | SH | 30.8285 | PY037 TRAIN MANDT | 8:00 | 246.63 | 24 |
| | | | | PY112 SICK PERSNL | 00:00 | .00 | 29 |
| l Current Earnings | | | | | | $4,368.74 | $38,41 |

lculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determine al Current Earnings.

## Taxes/Deductions Information

| | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions |
|---|---|---|---|---|---|---|---|---|
| TX | FEDTX | FEDTX | FEDERAL TAX | | .00 | .00 | .00 | 60 |
| TX | STATX | STATX | STATE TAX | | .00 | .00 | .00 | 1,25 |
| EE | HITEE | HITEE | H.I.T. | 1.4500% | 4,368.74 | 63.35 | .00 | 55 |
| EN | ER084 | ER084 | LACERA PLAN E | | 2,738.51 | .00 | .00 | |
| NR | ED018 | ED018 | HORIZONS PLAN | | 4,368.74 | .00 | .00 | |
| AN | ED024 | ED024 | HZN PLAN LOAN | | .00 | 88.63 | .00 | 79 |
| 12 | EM212 | EM212 | PPOA FED CU | | .00 | 686.00 | .00 | 6,17 |
| 10 | EM410 | EM410 | UNION-LIFE | | .00 | 66.36 | .00 | 59 |
| 05 | EO105 | EO105 | SRA INC | | .00 | 81.50 | .00 | 73 |
| 00 | EU100 | EU100 | PPOA | | .00 | 128.88 | .00 | 1,15 |
| 09 | EU109 | EU109 | ALADS | | .00 | 69.58 | .00 | 62 |
| l Taxes/Deductions | | | | | | $1,184.30 | $.00 | $12,49 |

## Employer Benefits/Imputed Income Information

| | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income |
|---|---|---|---|---|---|---|---|---|---|
| NR | RD018 | RD018 | HORIZONS MATCH | 4.0000% | 2,712.91 | .00 | .00 | .00 | |
| l Employer Benefits/Imputed Income | | | | | | $.00 | $.00 | $.00 | $ |

## Leave Benefits Information As Of: 05/01/2018

| e Benefit | Leave Benefit Description | Available Hours | Hours Used/Exp |
|---|---|---|---|
| 11 | SICK 100% | 189:48 | |

eport ID: PAY-SCPAYEMPPAYSTMT

17710

Run Date: 05/09/2018 12:4




# Employee Pay Statement

Pay Period End Date: 04/30/2018

**ployee ID:** 460485
**ne Department:** SH Sheriff

**Employee Name:** GEORGE W FLOWERS
**Home Unit:** 16965 Century Reg Det

**Bank ID/Acct No:** 121042882/XXXXXX88
**Pay Location:** SH5E 770 - PAY LCTN

**Leave Benefits Information As Of: 05/01/2018**

| e Benefit | Leave Benefit Description | Available Hours | |
|---|---|---|---|
| 12 | HOLIDAY | 614:30 | 4 |
| 21 | VACATION | 100:02 | |
| 12 | SICK PERSNL | 88:00 | |
| 52 | SICK 65% | 320:00 | |
| 54 | SICK 50% | 520:00 | |



# Employee Pay Statement

Pay Period End Date: 05/15/2018

ployee ID: 460485
ne Department: SH Sheriff

Employee Name: GEORGE W FLOWERS
Home Unit: 16965 Century Reg Det

Bank ID/Acct No: 121042862/XXXXXX888
Pay Location: SH5E 770 - PAY LCTN

**Pay Information**

| Gross Pay | Reimbursements | Taxes & Deductions/ Salary Reduction | Net Pay | Issue Date | Effective Pay Period End Date | Pay Type | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|---|
| 4,804.34 | .00 | 1,190.61 | [illegible] | 05/30/2018 | 05/15/2018 | Direct Deposit | Regular | 00000-2018397796 |

**Tax Information**

| | Taxes | Taxable Wages | Taxable Wages YTD | Tax Class | Marital Status | Exemptions | Additional Exemptions | Additional Withheld | Tax [illegible] |
|---|---|---|---|---|---|---|---|---|---|
| DATA | FEDERAL TAX | .00 | 3,646.81 | FXCY SXCY NOEIC | SINGLE | 99.00 | | .00 | 03/01/2 |
| DATA | STATE TAX | .00 | 17,666.93 | | HD HOUSE | 99.00 | .00 | .00 | 03/01/2 |
| DATA | MEDICARE TAX | 4,804.34 | 43,217.49 | HIT ONLY | | | | | 03/01/2 |
| DATA | EIC | | | | | | | | 03/01/2 |

**Retirement/Deferred Plan Information**

| gory | | Current Base | Base YTD | Pensionable Cafeteria Plan Amount |
|---|---|---|---|---|
| RET | LACERA-EMPLR | 2,743.91 | 27,007.33 | .00 |
| NR | HORIZONS PLAN | 4,804.34 | 22,747.95 | |
| EN | LACERA PLAN E | 2,743.91 | 27,007.33 | |
| NR | HORIZONS MATCH | 2,712.91 | 13,458.73 | |

**Cafeteria Benefits Information**

| teria Category | Cafeteria % | County Contribution | Salary Reduction | Contributed Benefits | Taxable Cash | Taxable Cash |
|---|---|---|---|---|---|---|
| 08 CHOICES CONTRIB | .00% | .00 | .00 | .00 | .00 | .00 |

| | Benefit Type | Benefit Plan | Benefit Plan Description | Deduction % | Current Base | County Contributed | County Contributed YTD | Salary Reduction | Salary Reduction YTD | Benefit Applied | Benefit Applied YTD | Available Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | EF132 | C1 | KAISER CCU 1PTY | | .00 | .00 | 3,469.90 | .00 | .00 | .00 | 3,469.90 | .0 |
| 12 | EF312 | C1 | DELTACARE 1PTY | | .00 | .00 | 75.45 | .00 | .00 | .00 | 75.45 | .0 |
| 09 | EF009 | CH2WF | CHOICES ADM FEE | | .00 | .00 | 15.00 | .00 | .00 | .00 | 15.00 | .0 |
| l Cafeteria Benefits | | | | | | $.00 | $3,560.35 | $.00 | $.00 | $.00 | $3,560.35 | $.0 |

**Earnings Information - Current Pay Period 05/15/2018**

| Title/Sub-Title | | Dept | Salary Rate | Pay Event | Hours/Units | Current Earnings | Earnings YT |
|---|---|---|---|---|---|---|---|
| 2749 A | CUSTODY ASST | SH | 33.9114 | 099 REGULAR EARNS | 69:30 | 2,356.84 | 17,567.8 |
| 2749 A | CUSTODY ASST | SH | .4000 | 504 NITE SHIFT | 77:30 | 31.00 | 248.6 |
| 2749 A | CUSTODY ASST | SH | 15.7114 | 731 PRM OT-SYSM | 46:30 | 730.10 | 5,157.5 |
| 2749 A | CUSTODY ASST | SH | 31.1829 | 791 ORDRD OT | 38:30 | 1,200.53 | 9,754.5 |
| 2749 A | CUSTODY ASST | SH | .0000 | PFA36 FLEX EARN ADV | 1.00 | 129.80 | .0 |
| 2749 A | CUSTODY ASST | SH | | PPC35 FLEX EARN | .00 | .00 | 1,298.0 |
| 2749 A | CUSTODY ASST | SH | | PY011 SICK 100% | 00:00 | .00 | 1,330.0 |
| 2749 A | CUSTODY ASST | SH | 33.9114 | PY012 HOLIDAY | 8:00 | 271.29 | 3,177.9 |
| 2749 A | CUSTODY ASST | SH | 33.9114 | PY021 VACATION | 2:30 | 84.78 | 4,140.7 |
| 2749 A | CUSTODY ASST | SH | | PY037 TRAIN MANDT | 00:00 | .00 | 246.6 |
| 2749 A | CUSTODY ASST | SH | | PY112 SICK PERSNL | 00:00 | .00 | 295.5 |
| l Current Earnings | | | | | | $4,804.34 | $43,217.4 |

lculated Current Earnings derived by multiplying the Salary Rate by the Hours/Units may vary slightly from the actual Current Earnings displayed on the pay statement. This is caused by rounding rules used to determin al Current Earnings.

**Taxes/Deductions Information**

| | Ded Type | Ded Plan | Deduction Plan Description | Deduction % | Current Deduction Base | Current Deductions Taken | Current Deductions Not Taken | Deductions YT |
|---|---|---|---|---|---|---|---|---|
| TX | FEDTX | FEDTX | FEDERAL TAX | | .00 | .00 | .00 | 600.2 |
| TX | STATX | STATX | STATE TAX | | .00 | .00 | .00 | 1,250.4 |
| E | HITEE | HITEE | H.I.T. | 1.4500% | 4,804.34 | 69.66 | .00 | 626.6 |
| EN | ER084 | ER084 | LACERA PLAN E | | 2,743.91 | .00 | .00 | .0 |
| NR | ED018 | ED018 | HORIZONS PLAN | | 4,804.34 | .00 | .00 | .0 |
| AN | ED024 | ED024 | HZN PLAN LOAN | | .00 | 88.63 | .00 | 886.3 |
| 12 | EM212 | EM212 | PPOA FED CU | | .00 | 686.00 | .00 | 6,860.0 |
| 10 | EM410 | EM410 | UNION-LIFE | | .00 | 66.36 | .00 | 663.6 |
| 05 | EO105 | EO105 | SRA INC | | .00 | 81.50 | .00 | 815.0 |
| 00 | EU100 | EU100 | PPOA | | .00 | 128.88 | .00 | 1,285.0 |
| 09 | EU109 | EU109 | ALADS | | .00 | 69.58 | .00 | 695.8 |
| l Taxes/Deductions | | | | | | $1,190.61 | $.00 | $13,683.1 |

**Employer Benefits/Imputed Income Information**

| fit | Benefit Type | Benefit Plan | Benefit Plan Description | Benefit % | Current Contribution Base | Current Contributions | Contributions YTD | Current Imputed Income | Imputed Income YT |
|---|---|---|---|---|---|---|---|---|---|
| NR | RD018 | RD018 | HORIZONS MATCH | 4.0000% | 2,712.91 | .00 | .00 | .00 | .0 |
| l Employer Benefits/Imputed Income | | | | | | $.00 | $.00 | $.00 | $.0 |

**Leave Benefits Information As Of: 05/16/2018**

| e Benefit | Leave Benefit Description | Available Hours | Hours in Exces |
|---|---|---|---|
| 11 | SICK 100% | 194:09 | |



# Employee Pay Statement

Pay Period End Date: 05/15/2018

ployee ID: 480485
ne Department: SH Sheriff

Employee Name: GEORGE W FLOWERS
Home Unit: 16965 Century Reg Det

Bank ID/Acct No: 121042882/XXXXXX888
Pay Location: SH5E 770 - PAY LCTN

Leave Benefits Information As Of: 05/16/2018

| ve Benefit | Leave Benefit Description | Available Hours | Hours in Exce |
|---|---|---|---|
| 12 | HOLIDAY | 606:30 | 422: |
| 21 | VACATION | 104:30 | |
| 12 | SICK PERSNL | 88:00 | |
| S2 | SICK 65% | 320:00 | |
| S4 | SICK 50% | 520:00 | |

Employee Statement of Earnings - Payroll Help: (213)241-2570 or payrollsupport@lausd.net

| Name | EE ID | Payroll Period | Pay Date | Payroll | Payment | PS-Area |
|---|---|---|---|---|---|---|
| FLOWERS, GEORGE | 728930 | 03/16/18 To:03/31/18 | 04/06/18 | Semi | DD*8880 | C |

Tax Exemptions

FED / M / Exemptions = 01
CA / M / Exemptions = 01

| Payments | Per End | SB | PS-Grp | PL | PERNR | Cost Ctr | Rate | Hours | Gross |
|---|---|---|---|---|---|---|---|---|---|
| PRIOR PAY ADJUSTMENTS | | | | | | | | | |
| Half Pay Illness | 03/15/18 | A | 4081 | 05 | 00728930 | 1945701 | 8.25895 | 8.00- | 66.07- |
| Unpaid Time (UP) | 03/15/18 | A | 4081 | 05 | 00728930 | 1945701 | | 8.00 | |
| CURRENT PAY * | | | | | | | | | |
| Regular Time Pay | 03/31/18 | A | 4081 | 05 | 00728930 | 1945701 | 16.51790 | 72.00 | 1,189.29 |
| Half Pay Illness | 03/31/18 | A | 4081 | 05 | 00728930 | 1945701 | 8.25895 | 8.00 | 66.07 |
| Vacation pay | 03/31/18 | A | 4081 | 05 | 00728930 | 1945701 | 16.51790 | 8.00 | 132.14 |

| Leave HRS | |
|---|---|
| Half Pay Illness | 589.32 |
| Vacation | 13.39 |
| Vacation Cap | 180.72 |

| District Paid Benefits | |
|---|---|
| District Paid PERS | 205.23 |

Annualized Status

Hours Summary

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| PERS EE | 92.51- | 605.88- |
| Total Pre-Tax: | 92.51- | 605.88- |

| Post-Tax Deductions | Current | YTD |
|---|---|---|
| Agency Fee Payors C | 28.02- | 183.50- |
| Total Post-Tax: | 28.02- | 183.50- |

| Totals | Current | YTD |
|---|---|---|
| Gross | 1,321.43 | 9,405.35 |
| Imputed Income | 0.00 | 0.00 |
| Pre-Tax Deduct | 92.51- | 605.88- |
| Taxable Earnings | 1,228.92 | 8,799.47 |
| FED Withholding | 57.48- | 423.20- |
| FED EE Social Se | 81.93- | 583.13- |
| FED EE Medicare | 19.16- | 136.38- |
| CA Withholding | 19.44- | 148.40- |
| CA EE Disabilit | 13.21- | 94.05- |
| Post-Tax Deduct | 28.02- | 183.50- |
| Non-Tax Reimburs | 0.00 | 0.00 |
| Total Net Pay | 1,009.68 | |

* View your detailed Time Statement at https://ess.lausd.net

Message:

Employee Statement of Earnings - Payroll Help: (213)241-2570 or payrollsupport@lausd.net

| Name | EE ID | Payroll Period | Pay Date | Payroll | Payment | PS-Area |
|---|---|---|---|---|---|---|
| FLOWERS, GEORGE | 728930 | 04/01/18 To:04/15/18 | 04/23/18 | Semi | DD*8880 | C |

**Tax Exemptions**

FED / M / Exemptions = 01
CA / M / Exemptions = 01

| Payments | Per End | SB | PS-Grp | PL | PERNR | Cost Ctr | Rate | Hours | Gross |
|---|---|---|---|---|---|---|---|---|---|
| PRIOR PAY ADJUSTMENTS | | | | | | | | | |
| Overtime Pay | 03/31/18 | A | 4081 | 05 | 00728930 | 1945701 | 24.77685 | 24.00 | 594.64 |
| CURRENT PAY * | | | | | | | | | |
| PL Half Pay Illness | 04/15/18 | A | 4081 | 05 | 00728930 | 1945701 | 8.25895 | 80.00 | 660.70 |
| Opt out Cash Back ER | 04/15/18 | | | | 00728930 | 1046501 | | | 250.00 |

| Leave HRS | |
|---|---|
| Half Pay Illness | 509.32 |
| Vacation | 18.00 |
| Vacation Cap | 180.72 |

| District Paid Benefits | |
|---|---|
| District Paid PERS | 102.61 |
| Employee Basic Life | 1.18 |

**Annualized Status**

**Hours Summary**

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| PERS EE | 46.25- | 652.13- |
| Total Pre-Tax: | 46.25- | 652.13- |

| Post-Tax Deductions | Current | YTD |
|---|---|---|
| Agency Fee Payors C | 14.01- | 197.51- |
| Total Post-Tax: | 14.01- | 197.51- |

| Totals | Current | YTD |
|---|---|---|
| Gross | 1,505.34 | 10,910.69 |
| Imputed Income | 0.00 | 0.00 |
| Pre-Tax Deduct | 46.25- | 652.13- |
| Taxable Earnings | 1,459.09 | 10,258.56 |
| FED Withholding | 80.72- | 503.92- |
| FED EE Social Se | 93.33- | 676.46- |
| FED EE Medicare | 21.83- | 158.21- |
| CA Withholding | 29.58- | 177.98- |
| CA EE Disabilit | 15.06- | 109.11- |
| Post-Tax Deduct | 14.01- | 197.51- |
| Non-Tax Reimburs | 0.00 | 0.00 |
| Total Net Pay | 1,204.56 | |

* View your detailed Time Statement at https://ess.lausd.net

Message:Reasonable Assurance Notice: Unless otherwise advised in writing, you will be returning to your same employment capacity following the recesses and holidays # (213) 241-4705

Los Angeles Unified School District 333 South Beaudry Ave, Los Angeles CA 90017

Employee Statement of Earnings - Payroll Help: (213)241-2570 or payrollsupport@lausd.net

| Name | EE ID | Payroll Period | Pay Date | Payroll | Payment | PS-Area |
|---|---|---|---|---|---|---|
| FLOWERS, GEORGE | 728930 | 04/16/18 To:04/30/18 | 05/08/18 | Semi | DD*8880 | C |

**Tax Exemptions**

FED / M / Exemptions = 01
CA / M / Exemptions = 01

| Payments | Per End | SB | PS-Grp | PL | PERNR | Cost Ctr | Rate | Hours | Gross |
|---|---|---|---|---|---|---|---|---|---|
| CURRENT PAY * | | | | | | | | | |
| PL Half Pay Illness | 04/30/18 | A | 4081 | 05 | 00728930 | 1945701 | 8.25895 | 88.00 | 726.77 |

| Leave HRS | |
|---|---|
| Half Pay Illness | 421.32 |
| Vacation | 23.08 |
| Vacation Cap | 180.72 |

| District Paid Benefits | |
|---|---|
| District Paid PERS | 112.87 |

Annualized Status

Hours Summary

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| PERS EE | 50.87- | 703.00- |
| Total Pre-Tax: | 50.87- | 703.00- |

| Post-Tax Deductions | Current | YTD |
|---|---|---|
| Agency Fee Payors C | 15.41- | 212.92- |
| Total Post-Tax: | 15.41- | 212.92- |

| Totals | Current | YTD |
|---|---|---|
| Gross | 726.77 | 11,637.46 |
| Imputed Income | 0.00 | 0.00 |
| Pre-Tax Deduct | 50.87- | 703.00- |
| Taxable Earnings | 675.90 | 10,934.46 |
| FED Withholding | 2.17- | 506.09- |
| FED EE Social Se | 45.06- | 721.52- |
| FED EE Medicare | 10.53- | 168.74- |
| CA Withholding | 1.99- | 179.97- |
| CA EE Disabilit | 7.26- | 116.37- |
| Post-Tax Deduct | 15.41- | 212.92- |
| Non-Tax Reimburs | 0.00 | 0.00 |
| Total Net Pay | 593.48 | |

* View your detailed Time Statement at https://ess.lausd.net

Message:

Employee Statement of Earnings - Payroll Help: (213)241-2570 or payrollsupport@lausd.net

| Name | EE ID | Payroll Period | Pay Date | Payroll Payment | PS-Area |
|---|---|---|---|---|---|
| FLOWERS, GEORGE | 728930 | 05/01/18 To:05/15/18 | 05/23/18 Semi | DD*8880 | C |

**Tax Exemptions**

FED / M / Exemptions = 01
CA / M / Exemptions = 01

| Payments | Per End | SB | PS-Grp | PL | PERNR | Cost Ctr | Rate | Hours | Gross |
|---|---|---|---|---|---|---|---|---|---|
| PRIOR PAY ADJUSTMENTS | | | | | | | | | |
| PL Half Pay Illness | 04/15/18 | A | 4081 | 05 | 00728930 | 1945701 | 8.25895 | 80.00- | 660.70- |
| PL Half Pay Illness | 04/15/18 | | | | 00728930 | | 8.25895 | 80.00 | 660.70 |
| CURRENT PAY * | | | | | | | | | |
| PL Half Pay Illness | 05/15/18 | A | 4081 | 05 | 00728930 | 1945701 | 8.25895 | 72.00 | 594.63 |
| Unpaid Time (UP) | 05/15/18 | A | 4081 | 05 | 00728930 | 1945701 | | 16.00 | |
| Opt out Cash Back ER | 05/15/18 | | | | 00728930 | 1046501 | | | 250.00 |

| Leave HRS | |
|---|---|
| Half Pay Illness | 349.32 |
| Vacation | 27.24 |
| Vacation Cap | 180.72 |

| District Paid Benefits | |
|---|---|
| District Paid PERS | 92.35 |
| Employee Basic Life | 1.18 |

**Annualized Status**

**Hours Summary**

| Pre-Tax Deductions | Current | YTD |
|---|---|---|
| PERS EE | 41.62- | 744.62- |
| Total Pre-Tax: | 41.62- | 744.62- |

| Post-Tax Deductions | Current | YTD |
|---|---|---|
| Agency Fee Payors-C | 12.61- | 225.53- |
| Total Post-Tax: | 12.61- | 225.53- |

| Totals | Current | YTD |
|---|---|---|
| Gross | 844.63 | 12,482.09 |
| Imputed Income | 0.00 | 0.00 |
| Pre-Tax Deduct | 41.62- | 744.62- |
| Taxable Earnings | 803.01 | 11,737.47 |
| FED Withholding | 14.88- | 520.97- |
| FED EE Social Sc | 52.37- | 773.89- |
| FED EE Medicare | 12.25- | 180.99- |
| CA Withholding | 4.79- | 184.76- |
| CA EE Disabilit | 8.45- | 124.82- |
| Post-Tax Deduct | 12.61- | 225.53- |
| Non-Tax Reimburs | 0.00 | 0.00 |
| Total Net Pay | 697.66 | |

* View your detailed Time Statement at https://ess.lausd.net

Message:

Los Angeles Unified School District 333 South Beaudry Ave, Los Angeles CA 90017

George Flowers 05/07/18
Administrative Expenses:Outside Serv 56hrs x $25/hour Security 1,400.00

City National Bank – #2 04/23/18 – 05/06/18 1,400.00

George Flowers 05/21/18

Administrative Expenses:Outside Serv 60hrs x $25/hour - Security 1,500.00

City National Bank - 05/07/18 - 05/20/18 1,500.00